# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| COREY FERNANDO RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:17-CV-77-TWP-DCP |
| | ) | |
| UNITED STATES OF AMERICA, and | ) | |
| UNITED STATES MARSHALS | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, Defendants' motion to dismiss, or in the alternative, motion for summary judgment [Doc. 31] is **GRANTED**, and this pro se prisoner's civil rights action is **DISMISSED WITH PREJDUICE**.  Because the Court has **CERTIFIED** in the memorandum that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.  The Clerk is **DIRECTED** to close the civil file.

**SO ORDERED.**

**ENTER:**


 s/Thomas W. Phillips_____
SENIOR UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT
____s/ *John L. Medearis*_____
CLERK OF COURT